UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTIAN KEITH,

    Plaintiff,

v.

PRABHJOT SINGH and
P&R RANDHAWA TRANSPORT INC.,

    Defendants.
_____/

Case No. 2:23-cv-11693

Honorable Susan K. DeClercq
United States District Judge

## JUDGMENT

In accordance with the Opinion and Order entered today:

It is **ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 8, is **GRANTED**.

Further, it is **ORDERED** that Plaintiff's Motion to Exclude the Expert Report, ECF No. 20, is **DENIED AS MOOT**.

Further, it is **ORDERED** that the Complaint, ECF No. 1-2, is **DISMISSED WITH PREJUDICE**.

**This final order closes the above-captioned case**.

    */s/Susan K. DeClercq*
    SUSAN K. DeCLERCQ
    United States District Judge

Dated: 6/12/2024